212 So.2d 851

**STATE of Louisiana**

v.

**Frank Brent McCARROLL.**

No. 49457.

Aug. 15, 1968.

In re: Frank Brent McCarroll applying for writs of certiorari, mandamus and prohibition.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.

212 So.2d 851

**William P. RYAN**

v.

**STATE of Louisiana.**

No. 49456.

Aug. 15, 1968.

In re: William P. Ryan applying for writ of habeas corpus.

The application is denied. On the face of the application it is apparent that applicant is not entitled to the relief requested.

212 So.2d 851

**STATE of Louisiana**

v.

**John T. RODDY.**

No. 49450.

Aug. 15, 1968.

In re: John T. Roddy applying for writ of habeas corpus.

Writ refused. Considering the return of the district attorney, showing the affidavit, warrant, and the fixing of bail, we are of the opinion that this application lacks merit.